**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERN RADIOLOGY IMAGING SYSTEMS, INC, <br><br> Plaintiffs, <br><br> v. <br><br> MEI DEVELOPMENT CORPORATION, et al., <br><br> Defendant. | Case No.: 1:16-cv-00661 LJO JLT <br><br> ORDER CLOSING MATTER <br><br> (Doc. 13) |

On June 6, 2016, the plaintiff filed a voluntary request to dismiss the entire action. (Doc. 13) The plaintiff relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once the notice is filed, no further action by the Court is required. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated: **June 6, 2016**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28